UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MAINE

```
**************************************
MID-CONTINENT CASUALTY          *
COMPANY,                        *
                                *      CIVIL ACTION
              Plaintiff         *      No.: 1:15-cv-00152-JDL
                                *
       v.                       *
                                *
EARTH CARE PRODUCTS, INC., et al. *
                                *
              Defendants        *
**************************************
```

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mid-Continent Casualty Company hereby notifies the Court that the above-captioned action is dismissed without prejudice pursuant to F.R.Civ.P. 41 (a)(1)(A).

Dated:   May 29, 2015          Plaintiff,

                               MID-CONTINENT CASUALTY
                               COMPANY,

                               By its attorneys,

                               /s/ James B. Haddow
                               James B. Haddow, Bar No. 3340
                               Petruccelli, Martin & Haddow, LLP
                               Two Monument Square, Suite 900
                               Portland, Maine 04101
                               (207) 775-0200

Of Counsel:

Michael D. Chefitz, Esquire
Bonner Kiernan Trebach & Crociata LLP
200 Portland Street, Suite 400
Boston, Massachusetts 02114
(617) 426-3900
(617) 426-0380 (telecopier)
mchefitz@bonnerkiernan.com